

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| THOMAS LEONARD, | § | No. 08-14-00139-CR |
| Appellant, | § | Appeal from the |
| | § | 120th District Court |
| THE STATE OF TEXAS | § | of El Paso County, Texas |
| State. | § | (TC# 20110D02415) |
| | § | |

**O R D E R**

Appellant has filed a second motion to reconsider the denial of his motion to vacate the trial court's orders of release and detainer which resulted in his transfer to the Texas Department of Criminal Justice - Institutional Division. The motion is denied as moot, but Appellant may raise the issue in the accelerated appeal pertaining to the appeal bond issue (cause number 08-15-00163-CR).

IT IS SO ORDERED this 24th day of August, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.